IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


JOSE LORENZO                                                    PETITIONER

VS.                                    CIVIL ACTION NO. 5:14-cv-51(DCB)(MTP)

BARBARA WAGNER                                                  RESPONDENT


<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

This cause is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 9)**, to which no objections were filed by the Petitioner.  Having carefully reviewed same, the Court finds that the Petitioner is not entitled to pursue his claims in a writ of habeas corpus under 28 U.S.C. § 2241. Furthermore, even if he were entitled to proceed under § 2241, he has not shown any discriminatory animus behind the Respondent's refusal to transfer him from the Adams County Correctional Complex. Therefore, the Court adopts the Report and Recommendation, and shall dismiss the Petition for Writ of Habeas Corpus with prejudice.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 9)** is ADOPTED as the findings and conclusions of this Court;

IT IS FURTHER ORDERED that the Petition be dismissed with prejudice.

A Final Judgment dismissing the Petition with prejudice will

follow in accordance with Federal Rule of Civil Procedure 58.

SO ORDERED, this the 27th day of October, 2016.


/s/ David Bramlette
UNITED STATES DISTRICT JUDGE